United States District Court
Southern District of Texas
**ENTERED**
January 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACOB ANDRE JENNINGS, (TDCJ-CID #705504) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-3088 |
| LORIE DAVIS, | § § | |
| Respondent. | § § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's memorandum and order of even date, this civil action is dismissed with prejudice as time-barred.

SIGNED on January 14, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge